IN THE SUPREME COURT OF THE STATE OF DELAWARE

| DEBORAH WESSELMAN, | § | |
| | § | No. 26, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| CHRISTIANA CARE HEALTH | § | C.A. No. N15C-04-127 CEB |
| SERVICES, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:  September 13, 2017
Decided:    September 18, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This  18th day of September 2017, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its bench opinion and order dated December 16, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Wesselman v. Christiana Care Health Servs., Inc.*, C.A. No. N15C-04-127 (Super. Ct. Dec. 16, 2016).